**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Dean Christ, | No. CV-20-00360-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

On November 2, 2020, Magistrate Judge Michael T. Morrissey issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 10). Petitioner did not file objections to the R&R. Therefore, the R&R will be adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 10) is **ADOPTED IN FULL**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall enter a judgment of dismissal with prejudice.

…

…

…

…

1    **IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because
2 dismissal of the petition is justified by a procedural bar and jurists of reason would not find
3 the procedural ruling debatable.
4    Dated this 7th day of December, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge